**Dean A. and Barbara J. ROSTAD, Appellants,**

v.

**ON-DECK, INC., Gary Guy Willey, Respondents.**

No. C2-84-235.

Supreme Court of Minnesota.

Feb. 5, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of On-Deck, Inc. for further *review* of the decision of the Court of Appeals be, and the same is, *granted.* Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ. App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.

**Judith and Gary LUNDGREN, Petitioners,**

v.

**John EUSTERMANN, M.D., Respondent.**

No. C8-84-966.

Supreme Court of Minnesota.

Feb. 6, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Dr. John Eustermann for further *review* of the decision of the Court of Appeals be, and the same is, *granted.* Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.